-
-

PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

**FILED**
SEP 07 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Name of Offender:   Vidal Morales, Jr.                             Case Number:   SA-03-CR-122(1)FB

Name of Sentencing Judicial Officer:   Honorable Fred Biery, United States District Judge

Date of Original Sentence:   April 16, 2004

Original Offense:   Count 1: Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(ii)

Count 2: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii)

Original Sentence:   135 months imprisonment on each of Counts 1 & 2, to be served concurrently, followed by 5 years supervised release on Counts 1 & 2, to run concurrently

Type of Supervision:   Supervised Release         Date Supervision Commenced:   May 24, 2013

Assistant U.S. Attorney:   David Shearer             Defense Attorney:   Raymond E. Fuchs

---

### PREVIOUS COURT ACTION

**Modification:** On November 25, 2014, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted to the Court. The Court ordered that the conditions of supervision be modified to include a Search and Seizure condition.

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1:** The defendant shall not commit another federal, state, or local crime. |

On August 9, 2016, Vidal Morales, Jr., was arrested for Money Laundering, a violation of Texas Penal Code 34.02 (e)(1), a state jail felony.

According to Round Rock, Texas Police Department Case No. 16-0809-0002, on August 9, 2016, at approximately 2:07 a.m., an officer with the Round Rock Police Department conducted a traffic stop of a vehicle traveling southbound on IH 35 in Round Rock, Texas. After a roadside investigation, it was determined the driver of the vehicle, Patricia Ann Flores, had an active warrant for violation of her supervised release in Dkt. No. DR-10-CR-1174(01). Ms. Flores was arrested and detained in the officer's patrol car. Vidal Morales, Jr., a passanger in the vehicle, was also arrested after a search of the vehicle revealed a backpack containing $28,500.00 in currency. Both Mr. Morales and Ms. Flores were arrested and charged with Money Laundering. On August 10, 2016, Mr. Morales was granted a surety bond, and is currently pending indictment in the 26th Judicial District Court, of Williamson County, Texas, in Case No. 16-2198-K26 for Money Laundering.

2. **Mandatory Condition No. 1:** **The defendant shall not commit another federal, state, or local crime.**

According to information from the Texas Department of Public Safety (DPS), Vidal Morales, Jr., was arrested on August 29, 2016, for Money Laundering, a violation of Texas Penal Code 34.02 (e)(1), a third degree felony.

According to DPS Trooper Alvarado, Mr. Morales was encountered during a traffic stop and found with approximately $44,000 in currency. He was arrested and transported to the Hills County, Texas jail. On Septemer 1, 2016, he was granted a surety bond. Arrest reports have been requested; however, no information has been received as of this writing.

3. **Standard Condition No. 1:** **The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.**

It should be noted, on August 9, 2016 and August 29, 2016, Mr. Morales left the judicial district without the permission of the Court or Probation Officer.

4. **Standard Condition No. 9:** **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless grated to do so by the Probation Officer.**

According to Round Rock, Texas Police Department Case No. 16-0809-0002, Mr. Morales associated with a person engaged in criminal activity, and a person convicted of a felony, namely, Patricia Ann Flores.

Vidal Morales Jr.
Dkt. No. SA-03-CR-122(1)FB
September 2, 2016
Page 3

**U.S. Probation Officer Recommendation:** On May 24, 2013, Vidal Morales Jr., began his term of supervised release. Mr. Morales has been on supervision approximately 39 months and has a Criminal History Category of I, with a prior conviction for Assault Bodily Injury-Married. He has other arrests for Possession of a Prohibited Weapon, Tamper with I.D. Numer and Display Fictiscious Insurance that were dismissed.

While on supervision, Mr. Morales has maintained a stable residence and full-time employment. He is currently employed at O'reilly Auto Parts in San Antonio, Texas.

According to the Post Conviction Risk Assessment (PCRA), Mr. Morales is a Low/Moderate risk, with dynamic risk factors of social networks and education/employment.

In light of the above information, it is respectfully recommended that Vidal Morales' term of Supervised release be revoked.

☒ The term of supervision should be

  ☒ revoked. (Maximum penalty: _Ct. 1: 5 years / Ct. 2: 3 years_ years imprisonment; supervised release is _Up to life, for Counts 1 & 2_; and payment of any unsatisfied monetary sanction previously imposed)

  ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:


Approved:

Juan M. Peralez
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5366

Respectfully submitted,

Daniel C. Barron Jr.
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5376
Date: September 2, 2016

cc:  Karen Norris
     Assistant U.S. Attorney

     Marc S. Martinez
     Assistant Deputy Chief U.S. Probation Officer

Vidal Morales Jr.
Dkt. No. SA-03-CR-122(1)FB
September 2, 2016
Page 4

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other _____

_____
Honorable Fred Story
U.S. District Judge

9/6/16
Date